PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Edward C. Lato, Jr. **Case Number:** 1:99-CR-033-01

**Name of Sentencing Judicial Officer:** Honorable Ernest C. Torres

**Date of Original Sentence:** August 21, 1999

**Original Offense:** Conspiracy to Commit Extortion, Racketeering and Threats, Extensions of Credit by Extortion, Collection of Extensions of Credit by Extortion, Hobbs Act Conspiracy, Aiding & Abetting.

**Original Sentence:** Seventy months imprisonment with three years supervised release.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** April 21, 2004

**Assistant U.S. Attorney:** Kenneth P. Madden **Defense Attorney:** John F. Cicilline

---

### PETITIONING THE COURT

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| Standard Condition | **While on supervision, the defendant shall not commit another federal, state, or local crime.**<br><br>On December 10, 2006, the defendant committed the crimes of Racketeering Influence Corrupt Organization, Organized Crime Gambling Business, Conspiracy, and Bookmaking-First Offense as evidenced by his arrest by the Rhode Island State Police and subsequent charges in the Sixth Division District Court. |
| Condition # 9 | **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.** |

On December 10, 2006, the defendant was associating with a person engaged in criminal activity and associating with a convicted felon as evidenced by his arrest at the home of Rocco Folco. Mr. Folco was the target of a bookmaking and gambling investigation and was previously convicted with the defendant in this Court on the instant case.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Maureen Bradley
Supervising U.S. Probation Officer

Date: 03/30/07

I declare under the penalty of perjury that the foregoing is true and correct:

Brian Pletcher
Senior U.S. Probation Officer

Date: 3/30/07

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

Honorable Ernest C. Torres
Chief U.S. District Judge

4/4/07
Date