**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **Case No. 1:99CR 33** |
| | : | |
| **EDWARD LATO** | : | **April 23, 2007** |

## MOTION

Now comes the defendants in the above entitled cause and moves to place the accompanying informational motion under seal.

Respectfully submitted,
EDWARD LATO,
By his Attorney,

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to Kenneth P. Madden, A.U.S.A., United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 24 day of April , 2007.