AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Edward C. Lato, Jr.

APPEARANCE

CASE NUMBER: CR99-33-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edward C. Lato, Jr.

I certify that I am admitted to practice in this court.

4-24-07.
*Date*

*Signature*

JOHN F. CICILLINE
*Print Name*

0433
*Bar Number*

38 ATWELLS AV
*Address*

PROV
*City*

RI
*State*

02909
*Zip Code*

401 2735600
*Phone Number*

401 4545600
*Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.