**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS.** | **:** | **Case No. 1:99CR 33** |
| | **:** | |
| **EDWARD LATO** | **:** | **July 2, 2007** |

**DEFENDANT'S OBJECTION**

Now comes the defendant Edward Lato in the above-entitled cause and objects to the report and recommendation of the magistrate judge.

Respectfully submitted,
EDWARD LATO,
By his Attorney,

Respectfully Submitted,

**/s/ *John F. Cicilline***

John F. Cicilline, Esquire #0433
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 2nd day of July, 2007.

*John F. Cicilline*