**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **Case No. 1:99CR 33** |
| | : | |
| **EDWARD LATO** | : | **July 9, 2007** |

## MOTION

Now comes the defendant in the above-entitled cause and moves for an extension of time within which to file an objection to the report and recommendation of the magistrate judge.

Respectfully submitted,
EDWARD LATO,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on July 9th, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS.** | **:** | **Case No. 1:99CR 33** |
| | **:** | |
| **EDWARD LATO** | **:** | **July 9, 2007** |

**MEMORANDUM**

Counsel attempted to file the objection on July 2nd but was unable to do so initially because of an office computer malfunction and later because counsel's name was not included on the docket sheet thereby making it impossible for him to transmit to the file.

Respectfully submitted,
EDWARD LATO,
By his Attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on July 9th, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*