UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

    v.                                    Cr. 99-033-01T

EDWARD LATO

**ORDER**

The motion by Edward Lato for an extension of time to file an objection to the June 19, 2007 Report and Recommendation is granted; however, the objection is denied for failure to comply with Local Rule LR Cr 57.2(d)(2).

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
U.S. District Court Judge
Date: July 18, 2007