**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **Case No. 1:99CR 33** |
| | : | |
| **EDWARD LATO** | : | **August 30, 2007** |

## EMERGENCY MOTION

Now comes the defendant in the above-entitled cause and moves for an extension of his surrender date for thirty additional days.

Respectfully submitted,
EDWARD LATO,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on August 30, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS.** | **:** | **Case No. 1:99CR 33** |
| | **:** | |
| **EDWARD LATO** | **:** | **August 30, 2007** |

**MEMORANDUM**

The United States Probation Department has notified the defendant that there is no bed availability at the prison hospital facility. Availability can be accomplished within thirty days.

Respectfully submitted,
EDWARD LATO,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on August 30th, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*